JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-6718-VBF(AGRx)**                                        Dated: **December 10, 2009**

Title:   Rosalinda Mendez -v- Fremont Investment & Loan, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                 None Present

**PROCEEDINGS (IN CHAMBERS):**   COURT ORDER RE:  (1) ORDER TO SHOW CAUSE RE REMAND [DOC. # 36]; (2) PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL OF RECORD [DOC. # 40]

The Court has received, read, and considered Defendants' Opposition to Order to Show Cause Regarding Remand to State Court (doc. # 37).  Plaintiff did not file a response to the OSC by the stated deadline of December 9, 2009.

For reasons set forth in the Court's November 20, 2009 Order setting the OSC re Remand (doc. # 36), the Court **REMANDS** the action to state court, finding that it would be inappropriate to retain jurisdiction over this case, in which the lawsuit is in its early stages and none of the federal claims remain.  *See Harrell v. 20th Century Ins.*

MINUTES FORM 90                                                     Initials of Deputy Clerk   rs
CIVIL - GEN

*Co.*, 934 F.2d 203, 205 (9th Cir. 1991) (noting that in *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 (1988), the Supreme Court noted that "in the usual case," when all federal-law claims are eliminated early in the case, "the balance of factors will weigh toward remanding any remaining pendent state claims to state court.").  The hearing on the OSC set for December 14, 2009 is taken off calendar.

In light of the foregoing, Plaintiff's Attorney's Motion to Withdraw as Counsel of Record (doc. # 40) is also taken off calendar.

The action is hereby remanded to state court.

IT IS SO ORDERED.

MINUTES FORM 90                                                                Initials of Deputy Clerk  rs
CIVIL - GEN